THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 George Kennedy, Appellant.
 
 
 

Appeal From Barnwell County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-045
Submitted January 2, 2008  Filed January
 14, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: George
 Kennedy appeals his convictions for armed robbery and possession of a weapon
 during the commission of a violent crime, arguing his statement to police
 should not have been allowed into evidence.  In his pro se brief,
 Kennedy also argues he was not competent to stand trial.  After a thorough
 review of the record, Kennedys pro se brief, and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.